# In the United States Court of Federal Claims

No. 23-1238C
(Filed: March 1, 2024)
Corrected on March 1, 2024

|  |  |
|---|---|
| **CHRISTOPHER HARKINS, et al.,** | ) ) ) ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) ) ) |
| **UNITED STATES**, | ) ) ) |
| *Defendant.* | ) ) ) |

**ORDER**

On February 28, 2024, the Clerk of Court filed the transcript of status conference conducted on February 15, 2024. *See* ECF 15. In reviewing the transcript, the following typographical and administrative errors were identified by the Court:

- P. 1, line 17: "Armonda" should be "Armando"

- P. 3, line 25: change "lead" to "lede"

- P. 4, line 15: "counts" should be "count"

- P. 5, line 20: "requests, and" should be "requests.  And,"

- P. 15, line 3: change "foundation" to "accommodation"

- P. 16, line 23: "pleadings, and" should be "pleadings.  And"

- P. 17, line 22: "to be, nor" should be "to be.  Nor"

- P. 18, line 19: change "plaintiff" to "plaintiffs"

- P. 25, line 11: change "That say that again" to "Say that again"

- P. 28, line 22: "separated, in" should be "separated.  In"

- P. 28, line 23: "time, and" should be "time.  And"

- P. 29, line 2: "Board, but" should be "Board.  But"

- P. 29, line 3: add comma after "for"

- P. 29, line 9: "a" should be "an"

- P. 29, line 20: change "therefor" to "therefore"

- P. 33 , line 21: "merits" should be "merit"

Accordingly,

(1) The Clerk of Court is directed to **FORWARD** to the Court Reporter the transcript for the status conference conducted on February 15, 2024 (ECF 15); and

(2) The corrected transcript shall be **REFILED** as corrected.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge
