# In the United States Court of Federal Claims

No. 23-1238C
(Filed: April 23, 2024)

|  |  |
|---|---|
| **CHRISTOPHER HARKINS**, *et al.*, | ) ) ) ) |
| *Plaintiff,* | ) ) ) |
| **v.** | ) ) ) |
| **UNITED STATES**, | ) ) ) |
| *Defendant.* | ) ) ) |

## ORDER

On April 23, 2024, the Court held a status conference to discuss plaintiffs' amended complaint filed on March 29, 2024 (ECF 17), as supplemented on March 30, 2024 (ECF 18). For the reasons stated on the record and accordingly:

(1) Plaintiff Carrie Lee Gagnon is **DISMISSED** without prejudice; and

(2) The Clerk of Court is **DIRECTED** to **TERMINATE** plaintiff Carrie Lee Gagnon without prejudice by the date of the Order filed by the Court on February 16, 2024 (ECF 13).

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge