# In the United States Court of Federal Claims

No. 23-1238C
(Filed: February 14, 2025)

|  |  |
|---|---|
| **CHRISTOPHER HARKINS, *et al.*,** | ) ) ) ) ) |
| *Plaintiff,* | ) ) |
| **v.** | ) ) |
| **UNITED STATES**, | ) ) ) |
| *Defendant.* | ) ) ) |

**ORDER**

     The Court **SCHEDULES** a status conference for **Tuesday, February 18, 2025, at 3:30 PM (EST)**. The proceeding will be held telephonically and counsel for each party will be provided with the dial-in information.

     It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge
