# In the United States Court of Federal Claims

No. 23-1238C
(Filed: March 13, 2025)

|  |  |
|---|---|
| **CHRISTOPHER HARKINS,** *et al.,* | ) ) ) ) ) |
| *Plaintiffs,* | ) ) |
| **v.** | ) ) ) |
| **UNITED STATES**, | ) ) ) |
| *Defendant.* | ) ) ) |

**ORDER**

      The Court **SCHEDULES** a status conference for **Thursday, March 13, 2025, at 11:30 AM (EDT)**. The proceeding will be held telephonically and counsel for each party will be provided with the dial-in information.

      It is so **ORDERED**.

s/ Armando O. Bonilla<br>
Armando O. Bonilla<br>
Judge