IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHRISTOPHER HARKINS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 23-1238 |
| v. | ) | (Judge Bonilla) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT AND MOTION FOR EXTENSION OF TIME**

Pursuant to this Court's October 14, 2025 order (ECF 81), defendant, the United States, respectfully submits this status report concerning the progress of the remand proceedings. Further, pursuant to Rules 6 and 52.2(c) of the Rules of the United States Court of Federal Claims, the United States moves for a 30-day extension of the remand period, until January 7, 2026. The deadline to complete remand proceedings is December 8, 2025. Undersigned counsel, who was recently assigned this matter, has discussed this request with counsel for the plaintiffs, who represented that this motion is unopposed.

In its most recent order, the Court noted that the United States' requested on September 12, 2025, that the deadline for completion of the remand be extended 59 days until November 7, 2025. In granting our extension request, the Court provided the requested extension but included additional time, stating that "[i]n light of the current government shutdown—caused by the October 1, 2025 lapse in appropriations—the requested deadline is extended an additional thirty-one days, until December 8, 2025." Order at 3 (ECF 81).

The United States requires an additional extension to complete remand proceedings. During the lapse in appropriations, personnel who would have been working on the remand claims were either furloughed or working on time sensitive fiscal and personnel laws questions

raised by the funding lapse. By way of background, in our previous extension request, we explained that the Coast Guard has submitted a group application to the Coast Guard Board for the Correction of Military Records (BCMR) for members who separated from the service based solely on their COVID-19 vaccination status and who have returned to military service. We further explained that this group application is comprised of 59 different servicemembers and includes plaintiffs Shane Nolan and Mark Byrd as well as 13 of the 44 individuals who responded to the notice sent out by the Coast Guard in accordance with the Court's remand order. Govt. Status Report and Mot. for an Extension of Time Out of Time (ECF 79).

Since funding was restored on November 12, 2025, the Coast Guard has continued processing the thirty-one claims of the individuals who responded to the notice but were not included in the group application, but not all packages have been completed. While each application will receive an individual determination, an extension will afford the Coast Guard the opportunity to brief senior decision makers on all thirty-one applications to make the best use of the decision makers' time and to ensure that similarly situated claimants are treated consistently.

The Coast Guard Board for Corrections of Military Records (BCMR) continues to process the group application of 59 different service members including plaintiffs Shane Nolan and Mark Byrd as well as 13 of the 44 individuals who responded to the notice sent out by the Coast Guard in accordance with the Court's remand order. The Coast Guard believes that a thirty day extension of the deadline for remand may be sufficient time for the BCMR to have completed its adjudication of the group application for relief in addition to the one individual application for which the BCMR issued a final decision on one individual application determining that the applicant was entitled to constructive service, restoration of rank, and relief

unrelated to his COVID-19 vaccination status. The BCMR has an additional twenty individual applications for relief related to Coast Guard members' COVID-19 vaccination status.

For these reasons, we respectfully request that this Court extend the remand period by 30 days until January 7, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ William J. Grimaldi
WILLIAM J. GRIMALDI
Assistant Director

s/Vincent D. Phillips, Jr.
VINCENT D. PHILLIPS, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
U.S. Department of Justice
Washington, DC 20005
Telephone: (202) 305-4591
Email: Vincent.Phillips2@usdoj.gov

Dated: December 8, 2025

Attorneys for Defendant