IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHRISTOPHER HARKINS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 23-1238 |
| v. | ) | (Judge Bonilla) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT AND MOTION FOR EXTENSION OF TIME**

Pursuant to this Court's October 14, 2025 order (ECF 81), defendant, the United States, respectfully submits this status report concerning the progress of the remand proceedings. Further, pursuant to Rules 6 and 52.2(c) of the Rules of the United States Court of Federal Claims, the United States moves for a 30-day extension of the remand period, until February 6, 2026. The deadline to complete remand proceedings is January 7, 2026. *See* Order (ECF 86). Undersigned counsel, who was recently assigned this matter, has discussed this request with counsel for the plaintiffs, who has represented that this request will not be opposed.

The United States requires an additional extension to complete remand proceedings. The Coast Guard Board for Corrections of Military Records (BCMR) continues to process the group application of 59 different service members including plaintiffs Shane Nolan and Mark Byrd as well as 13 of the 44 individuals who responded to the notice sent out by the Coast Guard in accordance with the Court's remand order. Although the Coast Guard does not control the BCMR's docket, the Coast Guard believes that a thirty-day extension of the deadline for remand may be sufficient time for the BCMR to have completed its adjudication of the group application for relief. During the previous 30-day extension period, the BCMR was completing its communications with the claimants to confirm that each claimant did want the relief proposed in

the group application. This communication is part of the BCMR's standard procedure, but took longer than anticipated because not all claimants responded to e-mails sent to their Coast Guard e-mail addresses. The previous extension of the remand period also included the December 24-26, 2025, holidays and the January 1, 2026, holiday which reduced the number of days available for the BCMR to meet. This combination hindered the BCMR's ability to complete its consideration of the group application. As previously reported, the BCMR has issued a final decision on one individual application determining that the applicant was entitled to constructive service, restoration of rank, and relief unrelated to his COVID-19 vaccination status. The BCMR has an additional twenty-five individual applications for relief related to Coast Guard members' COVID-19 vaccination status.

For these reasons, we respectfully request that this Court extend the remand period by 30 days until February 6, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

WILLIAM J. GRIMALDI
Assistant Director

s/Vincent D. Phillips, Jr.
VINCENT D. PHILLIPS, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
U.S. Department of Justice
Washington, DC 20005
Telephone: (202) 305-4591
Email: Vincent.Phillips2@usdoj.gov

January 7, 2026

Attorneys for Defendant