IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHRISTOPHER HARKINS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 23-1238 |
| v. | ) | (Judge Bonilla) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT AND MOTION FOR EXTENSION OF TIME**

Pursuant to this Court's October 14, 2025 order (ECF 81), defendant, the United States, respectfully submits this status report concerning the progress of the remand proceedings. Further, pursuant to Rules 6 and 52.2(c) of the Rules of the United States Court of Federal Claims, the United States moves for a 30-day extension of the remand period, until March 9, 2026. The deadline to complete remand proceedings is February 6, 2026. *See* Order (ECF 89). Undersigned counsel has discussed this request with counsel for the plaintiffs, who has represented that plaintiffs have asked to further confer with the United States before taking a position on this motion, and the parties anticipate conferring on Monday or Tuesday.

The United States requires a further extension to complete remand proceedings. As the Court is aware, the Coast Guard Board for the Correction of Military Records (BCMR) is processing the group application of 59 different service members, including plaintiffs Shane Nolan and Mark Byrd as well as 13 of the 44 individuals who responded to the notice sent out by the Coast Guard, in accordance with the Court's remand order. That process is ongoing but has not been completed. While the Coast Guard does not control the BCMR's docket, the Coast Guard anticipates that a thirty-day extension of the current remand deadline will enable the BCMR to complete its adjudication of the group application for relief.

This extension request is necessary in part to enable the BCMR to consider additional documents provided by the Coast Guard. Since our last extension request, the BCMR has asked the Coast Guard to provide certain additional documents the BCMR believes are necessary for it to correctly award any relief. These additional items include CG-3307 documents containing potentially adverse entries regarding members' compliance with the COVID-19 vaccination requirement that were removed from every member's military personnel record by the Coast Guard in early 2023 to avoid potential negative impacts to careers. In addition to this request for additional documents, the Coast Guard and the BCMR were hindered by the recent lapse in appropriated funding for the Department of Homeland Security from January 31 through February 3, 2026. The combination of these circumstances has hindered the BCMR's ability to complete its consideration of the group application.

For these reasons, we respectfully request that this Court extend the remand period by 30 days until March 9, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

WILLIAM J. GRIMALDI
Assistant Director

s/Vincent D. Phillips, Jr.
VINCENT D. PHILLIPS, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
U.S. Department of Justice
Washington, DC 20005
Telephone: (202) 305-4591
Email: Vincent.Phillips2@usdoj.gov

February 6, 2026

Attorneys for Defendant