# In the United States Court of Federal Claims

No. 23-1238C
(Filed: March 9, 2026)

**CHRISTOPHER D. HARKINS, *et al.***,

*Plaintiffs*,

v.

**UNITED STATES**,

*Defendant*.

**ORDER**

On March 9, 2026, defendant filed a status report in accordance with the Court's March 13, 2025 remand order (ECF 57), as amended (ECF 81, 86, 89, 92). ECF 94. In the most recent update, counsel shared the United States Coast Guard's continuing progress in implementing the Court's January 23, 2025 decision in this matter, *Harkins v. United States*, 174 Fed. Cl. 592 (2025). Defendant also requests that the remand period be extended by an additional thirty days, until April 8, 2026, to allow that work to continue. As we approach the one-year mark for the remand period, the Court notes its appreciation for the professionalism and cooperation exhibited by counsel for both the United States and plaintiffs, as well as the Coast Guard, in resolving the remaining issues in this case. The Court will extend the remand deadline an additional six months to allow the Coast Guard to complete its work but will continue the requirement of monthly status reports to monitor progress.

For good cause shown,

(1) Defendant's motion for an enlargement of time (ECF 94) is **GRANTED**.

(2) The stay of proceedings in this matter remains in effect until further order of the Court.

(3) The Coast Guard shall complete the remand proceedings in this matter on or before **September 9, 2026**.

(4) All other deadlines included in the March 13, 2025 remand order (ECF 57), as amended (ECF 81, 86, 89, 92), remain in effect.

(5) The Clerk of Court shall **SERVE** a copy of this Order on the Coast Guard as follows:

Kevin E. Lunday
Acting Commandant
U.S. Coast Guard
Commandant (CG-LCL) — Stop 7213
2703 Martin Luther King Jr. Avenue, SE
Washington, DC 20593-7213

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge