# In the United States Court of Federal Claims

No. 23-1238C
(Filed: June 29, 2026)

**CHRISTOPHER HARKINS, *et al.***,

*Plaintiffs,*

**v.**

**UNITED STATES**,

*Defendant.*

**ORDER**

On June 25, 2026, the Clerk of Court filed the transcript of a status conference conducted on June 23, 2026. ECF 101. In reviewing the transcript, the following typographical and administrative errors were identified by the Court:

- P. 7 line 7: add comma after "here"
- P. 21 line 5: "Phyllis" should be "Phillips"
- P. 24, l. 7: insert "[sic]" after "enjoin"

Accordingly,

(1) The Clerk of Court is directed to forward to the court reporter the transcript for the status conference conducted on June 23, 2026 (ECF 101); and

(2) The corrected transcript shall be **REFILED** as corrected.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge