U.S. Department of Homeland Security
United States Coast Guard

Commandant
United States Coast Guard

2703 Martin Luther King Jr. Ave
Stop 7213
Washington, DC 20593-7213
Staff Symbol: CG-LGL
Phone: [redacted]
Email: [redacted]

5420
6 April 2026

# MEMORANDUM

From: [redacted]
Attorney COMDT (CG-LGL)

To: Chairman, Board for Correction of Military Records

Subj: ADVISORY OPINION IN CG BCMR DOCKET NO. 2025-178

1. I adopt the facts and analysis provided by the Commanding Officer, Coast Guard Personnel Service Center (CG PSC) in enclosure (1) and request that you accept his comments as the Coast Guard's advisory opinion.

2. The Coast Guard recommends that the Board grant relief in accordance with enclosure (1).

#

Enclosures: (1) CG PSC(cd) memo 5420 of 20 January 2026 w/ enclosures

U.S. Department of Homeland Security

United States Coast Guard

Commander
United States Coast Guard
Personnel Service Center

Coast Guard Stop 7200
2703 Martin Luther King Jr Ave SE
Washington DC, 29593-7200
Symbol: CGPSC-HR&A
Phone: [redacted]

5420
JAN 20 2026

# MEMORANDUM

From: [redacted]
Deputy, CG PSC

To: COMDT (CG-LGL)

Subj: PROGRAM INPUT ON CG BCMR APPLICATION

Ref: (a) CG BCMR Application 2025-178 (Curry)

1. Comments on the application contained in reference (a) are attached as enclosure (1).

2. I recommend to grant relief.

#

Enclosure: (1) Program Input

1. **Relief requested by the Applicant:** The Applicant requests to be reinstated into the Coast Guard, back pay, constructive time in service, and their discharge changed from voluntary to involuntary.

2. **Applicant's stated basis for relief:** The Applicant states they can attest that they voluntarily separated from the Coast Guard solely as a result of the Department of Defense COVID-19 vaccine mandate. The Applicant also states that they were informed that they would not be able to execute PCS orders unless they received the COVID-19 vaccine and no alternative was presented.

3. **Matters of Record:**

   A. The application is timely.[1]
   B. Certificate of Release or Discharge from Active Duty, DD Form 214.
   C. ALCOAST 101/25
   D. 02 December 2025: Email from Return to Service Team

4. **Discussion/Conclusions:**

   a. According to MOR B, the Applicant was discharged from the Coast Guard on 5 August 2022 with an Honorable characterization of service by reason of Miscellaneous/General Reasons, Separation Code: KND, Reenlistment Code: RE-3.

   b. According to MOR C, all members who were separated solely for failure to receive the COVID-19 vaccine, or who voluntarily left the service in lieu of receiving, are invited to return to service, provided they are fit for duty and meet retention requirements, but only members who were involuntarily separated are entitled to backpay and other compensation.

   c. Per MOR C the applicant is currently in the process of re-integrating into the Coast Guard, pending his ability to meet all accession standards.

5. **Recommendation:**

   PSC recommends to grant relief.

[1] No correction may be made unless the applicant files a request for the correction within three years after discovering the error or injustice. However, a board may excuse a failure to file within three years after discovery if it finds it to be in the interest of justice. (10 USC 1552)

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES — THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. — ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

This Report Contains Information Subject to the Privacy Act of 1974, As Amended

**1. NAME (Last, First, Middle)**
CURRY, ZACHARY ALLEN

**2. DEPARTMENT, COMPONENT AND BRANCH**
HOMELAND SECURITY: USCG AD

**3. SOCIAL SECURITY NUMBER**
521 | 69 | 1900

**4a. GRADE, RATE, OR RANK**
IS1

**b. PAY GRADE**
E6

**5. DATE OF BIRTH (YYYYMMDD)**
19880704

**6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD)**
N/A

**7a. PLACE OF ENTRY INTO ACTIVE DUTY**
SAN ANTONIO, TX

**b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known)**
9119 BIG BETHEL DRIVE
SAN ANTONIO, TX 78240

**8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND**
COAST GUARD CYBER COMMAND, WASHINGTON, DC

**b. STATION WHERE SEPARATED**
COAST GUARD CYBER COMMAND, WASHINGTON, DC

**9. COMMAND TO WHICH TRANSFERRED**
NOT APPLICABLE

**10. SGLI COVERAGE** ☐ NONE
AMOUNT: $400,000

**11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years).**
INTELLIGENCE SPECIALIST, 04 YEARS 10 MONTHS;
X X X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X X X X X X X X X

| 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 2016 | 02 | 01 |
| b. SEPARATION DATE THIS PERIOD | 2022 | 08 | 05 |
| c. NET ACTIVE SERVICE THIS PERIOD | 6 | 6 | 5 |
| d. TOTAL PRIOR ACTIVE SERVICE | 0 | 0 | 0 |
| e. TOTAL PRIOR INACTIVE SERVICE | 0 | 2 | 12 |
| f. FOREIGN SERVICE | 0 | 0 | 0 |
| g. SEA SERVICE | 0 | 0 | 0 |
| h. INITIAL ENTRY TRAINING | 0 | 1 | 22 |
| i. EFFECTIVE DATE OF PAY GRADE | 2021 | 08 | 02 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)**
COMMANDANT'S LETTER OF COMMENDATION RIBBON BAR WITH GOLD STAR IN LIEU OF A SECOND; COAST GUARD MERITORIOUS TEAM COMMENDATION; (CONT ON SEPARATE PAGE)

**14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)**
INTELLIGENCE COLLECTOR, (12 DAYS) AUG 2018; INTELLIGENCE SPECIALIST (IS) A, (96 DAYS) OCT 2017; PRESEPARATION COUNSELING MAY 2022;
X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X X X X X X

| | | YES | | NO |
|---|---|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | YES | X | NO |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | YES | X | NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: __) | | YES | X | NO |

**16. DAYS ACCRUED LEAVE PAID** 0.5

**17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION** — YES: ☐ NO: X

**18. REMARKS**
MEMBER ENTERED THE DELAYED ENTRY PROGRAM ON 2015 11 19.
ENLISTMENT / ACTIVE SERVICE TERM EXTENDED FOR 04 MONTHS ON 2019 05 22.
EXTENSION WAS AT THE REQUEST OF AND FOR THE CONVENIENCE OF THE GOVERNMENT.
TYPE OF CERTIFICATE ISSUED: DD FORM 256CG.
ADVISED OF REQUIREMENTS FOR SELECTIVE SERVICEREGISTRATION. (CONT ON SEPARATE PAGE)

The information contained herein is subject to computer matching within the Department of Defense or with any other Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

**19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code)**
109 JASMINE COURT
ALLEN, TX 75002

**b. NEAREST RELATIVE (Name and address, include ZIP Code)**
WAYNE CURRY
5810 NORTH MAIN STREET
TAYLOR, TX 76574

**20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality)** TX OFFICE OF VETERANS AFFAIRS — X YES ☐ NO

**a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC)** — X YES ☐ NO

**21.a. MEMBER SIGNATURE**
CURRY.ZACHARY.ALLEN 1617373636 (digitally signed)
ZACHARY ALLEN CURRY

**b. DATE** 20220715 (YYYYMMDD)

**22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature)**
CARTER.AMANDA.ELIZABETH.1043617423 (digitally signed)
AMANDA E. CARTER, YN1, BY DIRECTION

**b. DATE** 20220718 (YYYYMMDD)

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

**23. TYPE OF SEPARATION**
DISCHARGE

**24. CHARACTER OF SERVICE (Include Upgrades)**
HONORABLE

**25. SEPARATION AUTHORITY**
COMDTINST M1000.4, ART 1.B.11

**26. SEPARATION CODE**
KND

**27. REENTRY CODE**
RE3

**28. NARRATIVE REASON FOR SEPARATION**
SEPARATION FOR MISCELLANEOUS/GENERAL REASONS

**29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD)**

**30. MEMBER REQUEST COPY 4 (Initials)** ZAC

# ALCOAST 101/25 SSIC 1000 SUBJ: REINSTATING SERVICE MEMBERS DISCHARGED UNDER THE MILITARY'S COVID-19 VACCINATION MANDATE

/ Published March 5, 2025

R 051537Z MAR 25 MID120001766194U
FM COMDT COGARD WASHINGTON DC
TO ALCOAST
BT
UNCLAS
ALCOAST 101/25
SSIC 1000
SUBJ: REINSTATING SERVICE MEMBERS DISCHARGED UNDER THE MILITARY'S
COVID-19 VACCINATION MANDATE
A. Executive Order on Reinstating Service Members Discharged Under the Military's COVID-19 Vaccination Mandate of 27 JAN 2025
B. DHS Guidance on Restoring United States Coast Guard Servicemembers of 28 JAN 2025
C. Medical Standards for Military Service: Retention, DoDI 6130 Volume 2
D. Coast Guard Medical Manual, COMDTINST 6000.1F
E. COMDT COGARD WASHINGTON DC 262212Z AUG 21/ALCOAST 305/21

1. This ALCOAST announces the Coast Guard's first step in inviting former members who were involuntarily separated or who voluntarily separated as a result of the COVID-19 vaccine mandate to return to Coast Guard service.
2. All members who were separated solely for failure to receive the COVID-19 vaccine, or who voluntarily left the service in lieu of receiving the vaccine, are invited to return to service, provided they are fit for duty and meet retention requirements in REFs (C) and (D). Members who were involuntarily separated and return to service may be entitled to backpay and other compensation by applying for a record correction through the Board for Correction of Military Records (BCMR).
3. Guidance for re-accession and to request a records correction for members seeking backpay and other benefits will be provided in subsequent communications.

4. For questions, concerns, or re-accession resources, please contact the Return to Service Team at: SMB-COMDT-Return2ServiceInquiries@uscg.mil

5. Mr. Gary C. Rasicot, Deputy for Personnel Readiness (CG-DCMS-DPR), sends.

6. Internet release is authorized.

U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG-5131 (rev. 06-04)

# STANDARD TRAVEL ORDER

**Issue Dt:** 2022-05-06

2121769 0 Zachary Curry IS1 M

**CG Trans ID:** 2790960
**Order Type**: Permanent Change of Station
**Order Status:** Cancelled
**Period of Travel:** 2022-06-01 to 2022-07-01 XFR PCS
**Rotation Dt:** 2026-07-01
**Govt. Credit Card Holder:** Y

## Travel Itinerary and Authorized Absences:

| Date | Type | Duty/Leave | Days | Department | Position |
|---|---|---|---|---|---|
| 2022-06-01 | Depart | Duty | | 044609 CGCC-2 INTELLIGENCE DEPT | 19376054 INTEL WATCH OFFICER |
| 2022-07-01 | Report | Duty | | 047936 1790 CYBER PROTECTION TEAM | 19376015 ALL SOURCE INTEL ANALYST |

| Document Nbr. | POET | Funding Type | Cost Total |
|---|---|---|---|
| 70Z0PCS220094106 | UCGIOH0MPC52850CMDCD22003422REASSIGN | House Hold Goods | $3001.32 |

TAC for Household Goods shipment if authorized: ZCGH
TAC for POV shipment and storage if authorized: ZCGV
TAC for NTS storage and delivery out of NTS if authorized: ZCGN
TAC for PPM if authorized: ZCGP

## Dependents Authorized to Travel:

| Name | Relationship | Birth Date | Married |
|---|---|---|---|

## Remarks/Comments/Additional Instructions:

THE MAXIMUM AMOUNT OF TIME COMMANDS CAN ADJUST A REPORT DATE, WITH CONCURRENCE OF THE DEPARTING AND RECEIVING COMMAND AND WITHOUT PRIOR APPROVAL FM PSC-EPM-2, IS 30 DAYS.

YOU ARE REQUIRED TO SUBMIT AN APPLICATION FOR ASSIGNMENT TO MILITARY HOUSING, FORM DD 1746, ALONG WITH A COPY OF YOUR PCS ORDERS TO THE HOUSING OFFICER AT YOUR NEW DUTY STATION. INFORMATION REGARDING MANDATORY HOUSING ASSIGNMENT AND A LIST OF FREQUENTLY ASKED QUESTIONS CAN BE FOUND AT:
http://cglink.uscg.mil/f70ca4ba

YOU MUST OBTAIN A RELEASE FROM MANDATORY ASSIGNMENT PRIOR TO PROCURING HOUSING IN THE CIVILIAN SECTOR. ADDITIONAL HOUSING AND UNIT INFORMATION MAY BE FOUND AT www.Homes.mil. CONTACT YOUR LOCAL HOUSING OFFICER FOR ASSISTANCE.

For members executing a PCS to a CG Cutter, and upon arriving to the Cutter's homeport, the Cutter is underway from homeport. Member reports to the nearest Coast Guard shore command. BAH is authorized if the member is without dependents and
a. In grade E-6 and above and elects not to occupy Gov't Qtrs.
b. In grade E-4 or E-5, and prior to starting BAH, receives written (1) CO or OIC authorization to reside in private sector quarters, and (2) release from mandatory assignment to Gov't Qtrs from the local military housing authority.
c. Member in grade E-3 and below are not authorized BAH and will be assigned to CG owned (barracks or shipboard quarters) or to CG-leased quarters.

MEMBERS IN RECEIPT OF ORDERS TO / FROM ALASKA. The CBA shall be used for all authorized Alaska Marine Highway System (AMHS) travel per CIM 4600.18.
Orders Authorization: If AMHS ferry service (PCS Only) is requested the orders must specifically authorize use of AMHS ferry service charged to the CBA and specifically list individuals authorized to use ferry service and specifically list ferry services authorized (vehicle, berthing, etc.). For berthing, the orders should specifically state

Except as noted orders are authorized and directed. Proceed and report to the places and in the order listed. Deviations should not be made without prior written or verbal orders from proper authority.

| Official's Signature | Date | Traveler's Signature | Date |
|---|---|---|---|

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG-5131 (rev. 06-04) | STANDARD TRAVEL ORDER<br>2121769 0 Zachary Curry IS1 M | Issue Dt: 2022-05-06 |
|---|---|---|

| | |
|---|---|
| **CG Trans ID:** 2790960 | **Order Type**: Permanent Change of Station |
| **Order Status:** Cancelled | **Period of Travel:** 2022-06-01 to 2022-07-01 XFR PCS |
| **Rotation Dt:** 2026-07-01 | **Govt. Credit Card Holder:** Y |

that the 4 Berth Cabin with Full Facilities are authorized for 1 to 4 travelers.

FOR UNITS THAT REQUIRE OCONUS TRAVEL INCLUDING ALASKA OFFICIAL PASSPORT REGULATIONS AND PROCEDURES CAN BE FOUND IN CHAPTER 9 OF COMDTINST M5710.5. PERSONNEL THAT CURRENTLY POSSESS AN OFFICIAL PASSPORT EVEN IF EXPIRED SHALL MAINTAIN POSSESSION OF THEIR PASSPORT OR HAVE IT FORWARDED ALONG WITH THE PDR TO NEW UNIT. ENSURE YOUR DEPARTING AND REPORTING SPO UPDATE DIRECT ACCESS WITH YOUR PASSPORT INFORMATION AND PASSPORT MOVEMENT.
SPECIFIC PCS OCONUS TRANSFER INFO AND ADDITIONAL INFORMATION CAN BE FOUND AT DCO-I-1 PORTAL PAGE https://cgportal2.uscg.mil/units/cgdcoi/Passports%20and%20Visa/Forms/AllItems.aspx
FOR ALL PASSPORT AND VISA INQUIRES, PLEASE EMAIL THE USCG PASSPORT DIVISION AT: USCGPASSPORTS@USCG.MIL

DESIGNATED SPONSOR SHALL CONTACT SNM ASAP IAW 1.4.14 Military Assignments and Authorized Absences Manual, COMDTINST M1000.8.

ISSUANCE OF THESE ORDERS ENTITLES YOU TO PCS ALLOWANCES IAW WITH THE JTR. CONTACT YOUR SPO AND TRANSPORTATION OFFICE TO VERIFY YOUR ENTITLEMENTS. THESE ENTITLEMENTS REMAIN IN EFFECT THROUGHOUT THE DURATION OF YOUR ORDERS. NON-USE OF ANY OF THESE ENTITLEMENTS DOES NOT CHANGE THE CONNOTATION OF THESE ORDERS AS WITH-ENTITLEMENTS.

IAW Military Assignments and Authorized Absences Manual, COMDTINST M1000.8 1.A.5g - ANNUAL CERTIFICATION
SINGLE MEMBER SPONSORS AND MILITARY COUPLES WITH DEPENDENTS MUST ANNUALLY CERTIFY DEPENDENCY DATA ON THE BAH/DEPENDENCY DATA FORM.

ENLISTED MEMBERS WHO REQUEST RETIREMENT OR SEPARATION IN LIEU OF ORDERS MUST REQUEST A RETIREMENT OR SEPARATION DATE NO LATER THAN 1 AUGUST. THE REQUEST MUST BE MADE WITHIN 5 WORKING DAYS OF ORDERS ISSUANCE DATE OR DATE TIME GROUP OF GENERAL MESSAGE ANNOUNCING ASSIGNMENT PANEL RESULTS.

ALL MEMBERS SHALL BE WEIGHED WITHIN 30 DAYS OF PCS DEPARTURE. RESULTS WILL BE MANAGED PER REQUIREMENTS OF COMDTINST M1020.8 (SERIES).

YOU MUST SUBMIT A CGFIXIT TICKET AT LEAST TWO WEEKS PRIOR TO PCS DEPARTURE TO ENSURE YOUR COMPUTER AND E-MAIL ACCOUNT IS TRANSFERRED PRIOR TO YOUR REPORTING DATE. YOU MUST ALSO COPY AND TRANSPORT YOUR PERSONAL DATA TO YOUR NEW UNIT. INSTRUCTIONS FOR COPYING YOUR DATA CAN BE FOUND HERE:
http://cglink.uscg.mil/fb569d65
FAILURE TO DO EITHER OF THE ABOVE WILL RESULT IN LOSS OF DATA OR UNNECESSRY DELAYS IN ACCESSING COMPUTER RESOURCES UPON ARRIVAL.

MANY ASSIGNMENTS REQUIRE "PRE-ARRIVAL TRAINING" IAW CUTTER MTL'S. MEMBERS ARE REQUIRED TO ATTEND "PRE-ARRIVAL TRAINING" PRIOR TO ARRIVAL TO THEIR UNIT. CURRENT COMMANDS MUST GET CONCURRENCE FROM RECEIVING COMMANDS IF SPECIAL CIRCUMSTANCES PRECLUDE MEMBERS FROM ATTENDING "PRE-ARRIVAL TRAINING" PRIOR TO REPORT DATE.

MANY ASSIGNMENTS ALSO HAVE "REQUIRED" TRAINING. MEMBERS SHOULD ENSURE AN ELECTRONIC TRAINING REQUEST (ETR) IS SUBMITTED FOR THE "REQUIRED" COURSES AS SOON AS POSSIBLE.

Is your spouse looking for information on how to earn or transfer a license or credential? You can learn more from the Department of Labor website at https://www.veterans.gov/milspouses and the DoD Spouse Education and Career Opportunities Program at

Except as noted orders are authorized and directed. Proceed and report to the places and in the order listed. Deviations should not be made without prior written or verbal orders from proper authority.

| Official's Signature | Date | Traveler's Signature | Date |
|---|---|---|---|

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG-5131 (rev. 06-04) | STANDARD TRAVEL ORDER<br>2121769 0 Zachary Curry IS1 M | Issue Dt: 2022-05-06 |
|---|---|---|

**CG Trans ID:** 2790960
**Order Status:** Cancelled
**Rotation Dt:** 2026-07-01
**Order Type:** Permanent Change of Station
**Period of Travel:** 2022-06-01 to 2022-07-01 XFR PCS
**Govt. Credit Card Holder:** Y

https://myseco.militaryonesouce.mil. Free Career Coach counseling is also available by calling 800-342-9647
Servicemember's Civil Relief Act Applicability: These Coast Guard Personnel Service Center (PSC) issued orders constitute "military orders" as that term is defined in subparagraph (i) of 10 USC 535 (the Servicemember's Civil Relief Act - the SCRA) and as that term is used throughout the SCRA, including in subparagraph (c)(1)(A). Per Coast Guard policy, PSC issues permanent change of station transfer/military orders and these travel/military orders issued by PSC are effective and binding upon issue.

Members ordered into positions that require a security clearance shall check with their Command Security Officer (CSO) and submit any required documentation and the earliest opportunity to allow for adjudication."

Upon arriving at a new duty station, but not before, it is a member's responsibility to update personal and family information in DEERS, as well as, ENROLLMENT within TRICARE. DEERs information can be update thru milconnect at https://milconnect.dmdc.osd. mil/milconnect. To ensure correct TRICARE plan enrollment and to select new PCMs, contact the appropriate TRICARE contractor. East Region: HumanaMilitary.com or 1-800-444-5445. West Region: Tricare-West.com or 1-844-866-9378. If you are PCSing OCONUS, contact TRICARE Overseas at 1-877-678-1207
NO PCS ENTITLEMENT ORDER: ISSUANCE OF THIS ORDER IS WITHOUT A TONO/ACCOUNTING DATA SINCE IT APPEARS THE ORDER CAN BE EXECUTED WITHOUT COST. IF PCS ENTITLEMENTS APPLY, THE MEMBER MUST REQUEST AND RECEIVE WRITTEN AUTHORIZATION FROM THE PROPER AUTHORITY PRIOR TO ORDER EXECUTION.

SPO & MEMBER SHOULD REFER TO THE CGS-JTR, COMDTINST M4600.17 (SERIES), PAR. 5072B, TO REQUEST FUNDING FOR A MEMBER ORDERED PCS FROM OR TO A SHIP THAT IS AWAY FROM HOME PORT.

SPO & MEMBER SHOULD REFER TO THE CGS-JTR, COMDTINST M4600.17B (SERIES), CHAPTER 5, PAR. 0519, TO REQUEST FUNDING FOR A SHORT DISTANCE HHG MOVE.

THE GOVERNMENT CARD COORDINATOR IS NOTIFIED OF ALL MBRS IN RECEIPT OF PCS ORDERS WHO HOLD A GOVT CREDIT CARD. ALL REASONABLE EFFORTS SHALL BE MADE TO ENSURE ACCOUNT IS PAID IN FULL PRIOR TO MBRS PCS DEPARTURE.
Top Secret Clearance Required - This assignment requires members have an in-scope (5 years) Single Scope Background Investigation (SSBI) or Periodic Reinvestigation (SSBI-PR) before transferring to this unit. The SSBI or SSBI-PR must be adjudicated for access to Top Secret or Top Secret with Sensitive Compartmented Information (SCI) eligibility (as required by the receiving unit). If this has not already been completed, contact your Special Security Officer (SSO) or Command Security Officer (CSO) ASAP to initiate your SF-86 in e-Quip and notify the receiving unit.
This assignment also requires members to have a completed and favorably adjudicated initial Counterintelligence Scope Polygraph (CSP) examination within the past 5 years and will be subject to periodic reexamination for the duration of the assignment. Failure to consent and complete the CSP examination will result in denial of access and reassignment. The unit SSO will coordinate with you and the Coast Guard Investigative Service to schedule your CSP exam.
In accordance with ALCGPSC 016/22, you are authorized to execute these PCS orders based on the needs of the service regardless of your current vaccination status. There are no obligated service requirements for the execution of these orders. This authorization does not exempt you from becoming compliant with the COVID-19 vaccination mandate established in ALCOASTs 305/21 and 315/21, or the risk mitigation and leadership measures established in ALCOAST 352/21. Failure to comply with the direction in ALCOAST 305/21 or

Except as noted orders are authorized and directed. Proceed and report to the places and in the order listed. Deviations should not be made without prior written or verbal orders from proper authority.

| Official's Signature | Date | Traveler's Signature | Date |
|---|---|---|---|

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG-5131 (rev. 06-04) | **STANDARD TRAVEL ORDER**<br>2121769 0 Zachary Curry IS1 M | **Issue Dt:** 2022-05-06 |
|---|---|---|

**CG Trans ID:** 2790960 **Order Type**: Permanent Change of Station
**Order Status:** Cancelled **Period of Travel:** 2022-06-01 to 2022-07-01 XFR PCS
**Rotation Dt:** 2026-07-01 **Govt. Credit Card Holder:** Y

315/21, may lead to further administrative or disciplinary action, to include involuntary administrative separation from the Coast Guard.

Members issued CG-3307 PD-41D/E are ineligible to reenlist or extend by operation due to the Commission of a Serious Offence IAW the provisions of Article 1.E.2.e.1 of the Enlistments, Evaluations, and Advancements, COMDTINST M1000.2C. This includes reenlistments and Expiration of Enlistment extensions to meet obligated service requirements for the execution of PCS orders.

Except as noted orders are authorized and directed. Proceed and report to the places and in the order listed. Deviations should not be made without prior written or verbal orders from proper authority.

| Official's Signature | Date | Traveler's Signature | Date |
|---|---|---|---|

**From:** Aber, Joel A LCDR USCG CGRC (USA)
**To:** Schawohl, Elias B CWO-2 USCG DHS (USA); Dixon, Joshua R CWO-3 USCG PSC (USA)
**Cc:** Pagel, Todd H LT USCG (USA)
**Subject:** RE: BCMR 2025-178 Curry
**Date:** Tuesday, December 2, 2025 1:39:26 PM

---

Good afternoon,

Curry is currently in the process of returning and has passed the initial background screenings, including medical, so he is aware of the re-accession standards. He's been in contact with a R2S recruiter within the last 2 weeks. His only pending is his clearance, which will take longer due to a need for a Tier 5. He plans on swearing in sometime in February, after graduating from FLETC.

Very respectfully,

LCDR Aber

---

**From:** Schawohl, Elias B CWO-2 USCG DHS (USA) <Elias.B.Schawohl@uscg.mil>
**Sent:** Tuesday, December 2, 2025 1:13 PM
**To:** Dixon, Joshua R CWO-3 USCG PSC (USA) <Joshua.R.Dixon@uscg.mil>
**Cc:** Aber, Joel A LCDR USCG CGRC (USA) <Joel.A.Aber@uscg.mil>; Pagel, Todd H LT USCG (USA) <Todd.H.Pagel@uscg.mil>
**Subject:** BCMR 2025-178 Curry

Good afternoon Josh,

Request EPM input for this BCMR by 01/31/26. CC'ing LT Pagel and LCDR Aber from the COVID task force for awareness.

2025-178 Curry: Former AD member requests reinstatement and constructive service, with back pay, after he was "pressured to SILO" after he refused accept the VOCID-19 vaccine. Since this member is requesting reinstatement, our default answer would be to grant the request pending his ability to meet applicable accession standards, assuming his claims in the application are true. Please flag anything in the member's record that undermines his claim that he was separated for COVID only, and then touch base with LCDR Aber in ASC to ensure that we are accurately describing what those re-accession standards are.

v/r

CWO2 Elias Schawohl

Admin Officer
U.S. Coast Guard
Personnel Service Center (BOPS-HR&A)
P: 202-795-6415