Outlook

## Documents ICO Mark BYRD

**From** Dale Saran <dale.saran@militarybackpay.com>
**Date** Wed 4/29/2026 3:41 PM
**To** SMB-PPC-CovidResponse <smb-ppc-covidresponse@uscg.mil>
**Cc** Judge, Brian M CIV (USA) <brian.judge@uscg.mil>; Boards Admin <boards@militarybackpay.com>; Phillips, Vincent (CIV) <vincent.phillips2@usdoj.gov>
**Bcc** Andy Meyer <a.meyer@militarybackpay.com>; Brandon Johnson <brandon.johnson@militarybackpay.com>; Steinberg, Barry P. <barry.steinberg@kutakrock.com>

2 attachments (29 MB)
00236-Byrd Harkins Military Board Package 260428 FINAL RTSTB.pdf; 00236-Byrd Harkins Military Personal Financial Documents 260429 FINAL.pdf;

Chief Eidschun, LT Pagel, Mr. Judge,

Attached please find two sets of documents.

1 - Requested Financial documents for Chief Byrd in light of the Group BCMR decision and CG Status Report (ECF 70) from the case;
2 - A package that will look suspiciously like a short-form BCMR on behalf of **Chief Mark Byrd**.

About the former, those tax returns and related items should be self-evident; about the latter, just a few brief words.

- In the current procedural context in which we are operating, the documents are intended to provide a crystallization of Chief Mark Byrd's requested relief. This is in no way us trying to tell anyone how to do their jobs, but instead we hope it will be viewed as it is intended: as an aid to both of your offices in rectifying the rather general mandate from the USCG Group BCMR petition (for "relief") with the rather specific needs of each of the 22 plaintiffs on that petition who are our clients, along with the named plaintiffs in this case, *Harkins v US 23-cv-1238.*
- Having read some of the letters coming from PPC to some of our clients, I noticed language that suggested that if there were things that a plaintiff thought might need to be corrected beyond what PPC provides, then reference to BCMR was what was contemplated.
- In an effort to get ahead of that, and to generally provide a more refined and specific request for relief in each person's individual circumstances, along with paperwork that supports the claims, we put these together to help aid your efforts, and also identify the issues where we think there may be some gray area in terms of unusual circumstances for further discussion in necessary cases.

Also - we are open to suggestions about any of this, including other documents that you think would be helpful, or even editorial suggestions, or a folder for dropping files as some of these do get large (in terms of MB) for email.

3 - Following this email today or tomorrow, unless you tell us differently, our Boards Admin email address will start sending along similar packages with

(a) the requisite financial documents, and

(b) our short-form BCMR packages for **Matthew Powers**, then **Shane Nolan,** and so on, through the CG BCMR list of our clients.

We hope to have them all to you by early next week.

4 - We presume that the USCG/PPC has some form similar to DFAS in which the "proposed relief" (Correction of Records and proposed payment) is noticed before any action is taken, so that we can figure out if it's going to be accepted or not under RCF 52.2 (as in the *Bassen* case) and then either dismissed or otherwise disputed.

5 - And speaking of the RCFC and how we do this, this re-raises the issue for both Mr. Judge and Mr. Phillips of how we want to "add" these folks before we "subtract" them from the lawsuit.

Mr. Phillips, Mr. Judge: I don't want to blast your email Inboxes, so I'll leave you the option of staying on or opting out as you see fit on those cyclical emails.

Kind regards,

Dale

**Dale Saran**
Managing Attorney
dale.saran@militarybackpay.com
MILITARY BACKPAY

NOTICE OF CONFIDENTIALITY: This communication and any attachments contain proprietary and confidential information belonging exclusively to the sender. This material is privileged and intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or action taken in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please delete the email and inform us immediately at team@militarybackpay.com