# In the United States Court of Federal Claims

No. 23-1238C
(Filed: July 10, 2026)

**CHRISTOPHER HARKINS, *et al.***,

*Plaintiffs*,

v.

**UNITED STATES**,

*Defendant*.

**ORDER**

The Court hereby **schedules** a status conference for **Wednesday, August 5, 2026, at 2:00 PM (EDT)**. The proceeding will be held via telephone. The Clerk of Court will email lead counsel of record the information to join the call.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge