# In the United States Court of Federal Claims

No. 23-1238C
(Filed: August 5, 2026)

| | |
|---|---|
| **CHRISTOPHER HARKINS**, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| **UNITED STATES**, | ) |
| *Defendant*. | ) |

## ORDER

On August 5, 2026, the Court conducted a status conference to discuss plaintiffs' August 3, 2026 motions to lift the stay in this matter (ECF 107) and for joinder and remand (ECF 108). For the reasons stated on the record, and by agreement of counsel:

(1) Plaintiffs' motion to lift the stay (ECF 107) entered in this matter in the Court's March 13, 2025 remand order (ECF 57), as amended (ECF 81, 86, 89, 92, and 95), is granted. The Clerk of Court is directed to lift the stay in this matter.

(2) Plaintiffs' motion for joinder and remand (ECF 108) is granted-in-part and withdrawn-in-part without prejudice:

a. Insofar as plaintiffs moved for joinder, the motion is granted:

i. Plaintiffs shall file a third amended complaint on or before **August 21, 2026**:

1. Plaintiffs shall use the short caption in the fourth amended complaint and all future amended pleadings: *Christopher Harkins, et al. v. United States*.

2. Plaintiffs shall append a summary chart/spreadsheet, organized alphabetically by plaintiffs' last names, to the third amended complaint and all future amended pleadings. The summary chart/spreadsheet shall include

the following information for each plaintiff, to the extent applicable:

a. Full name (last, first, middle initial);
b. Military rank (current or most recent);
c. Separation date;
d. Return to service date;
e. Total years of military service;
f. Date plaintiff formally joined this action (i.e., date each plaintiff was first named in a complaint and/or or listed in a summary chart/spreadsheet attached to a complaint); and
g. Date each terminated plaintiff was terminated from this action (e.g., claims settled, dismissed, adjudicated).

3. Plaintiffs may add any claims that they deem appropriate in light of the April 10, 2026 settlement in *Jackson v. Mullin*, No. 4:22-825 (N.D. Tex.).

b. Insofar as plaintiffs moved for a remand, the motion is withdrawn without prejudice.

(3) The parties shall file a joint status report on or before **September 11, 2026**, identifying any overarching legal issues to be briefed and proposing an agreed-upon briefing schedule.

(4) All remaining deadlines included in the March 13, 2025 remand order (ECF 57), as amended (ECF 81, 86, 89, 92, 95), remain in effect.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge