# In the United States Court of Federal Claims

No. 23-1238C
(Filed: August 12, 2026)

**CHRISTOPHER HARKINS, *et al.*,**

*Plaintiffs,*

**v.**

**UNITED STATES,**

*Defendant.*

**ORDER**

On August 10, 2026, the Clerk of Court filed the transcript of a status conference conducted on August 5, 2026. ECF 110-111. In reviewing the transcript, the following typographical and administrative errors were identified by the Court:

- P. 5 line 1: "103.9" should be 103-9"
- P. 11 line 10: add "for" in between "But" and "my"
- P.13 line 5: "instructions by" should be "instructions for"
- P. 14 line 8: "and or" should be "and/or"
- P. 16 line 6: "Plainitff's" should be "Plaintiffs'" (plural and possessive)
- P. 16 line 9: "Court -- and I think has" should be "Court, I think, has"

Accordingly,

(1) The Clerk of Court is directed to forward to the court reporter the transcript for the status conference conducted on August 5, 2026 (ECF 111); and

(2) The corrected transcript shall be refiled as corrected.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge